IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | |
| Plaintiffs, | |
| v. | No. 97-733C (Judge Futey) |
| THE UNITED STATES, | |
| Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian T. Edmunds as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: September 25, 2006

s/Brian T. Edmunds
Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202)616-8253
Telecopier:(202)307-0792
Brian.Edmunds@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on September 25, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. Pursuant to paragraph 19 of this Court’s General Order No. 42A, I have caused to be served a copy of the Notice of Electronic Filing on all parties not registered through the Court’s electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds