IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733C |
| v. | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for discovery in this case by 91 days, so that discovery will be due by Friday, December 29, 2006. The current deadline for discovery is September 29, 2006. Neither party has previously requested an extension of the current discovery schedule, and plaintiffs' counsel, Mr. Carroll, has stated that plaintiffs do not oppose this motion.

The United States requests this extension of the discovery schedule to provide adequate time for new trial counsel to examine the record, determine whether discovery is necessary, and, if so, to propound such discovery. Since the parties initially proposed the current September 29, 2006 deadline in their April 24, 2006 Joint Status Report ("Status Report"), this case has been reassigned to two different trial attorneys at the Department of Justice. The case, which at the time of the Status Report was assigned to Thomas Dinackus, was reassigned to Joseph Pixley on August 31, 2006. On September 16, 2006, however, Mr. Pixley was called into active duty in the United States Army, and the case was therefore reassigned to Brian Edmunds on September 19, 2006. Mr. Edmunds needs time to become familiar with the record in this case, to

discuss the case with agency counsel, and, if necessary, to prepare and take discovery.

Granting this modest enlargement of the original discovery deadline will prejudice neither party and will not cause undue delay. Accordingly, we respectfully request that the period for discovery be enlarged by 91 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

/s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

September 25, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY" was filed electronically. Pursuant to paragraph 19 of this Court's General Order No. 42A, I have caused to be served a copy of the Notice of Electronic Filing on all parties not registered through the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds