# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed September 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**A. DEAN OSWALT and REINIE** *
**OSWALT, husband and wife, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For Enlargement Of The Time For Taking Discovery, filed on September 25, 2006, is ALLOWED. The parties shall complete discovery by Friday, December 29, 2006, and file a joint status report concerning further proceedings by Monday, January 29, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**