IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733C |
| v. | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for discovery in this case by 91 days, so that discovery will be due by Friday, March 30, 2007. The current deadline for discovery is December 29, 2006. The United States previously filed an unopposed motion for enlargement of the discovery schedule from September 29, 2006 to December 29, 2006, which the Court granted.

The United States has determined that discovery is needed in this case and hopes to depose the plaintiffs in January or February 2007, depending on their availability. At present counsel are discussing the scheduling of these depositions, but have not established firm dates. An enlargement into March is requested to provide the United States time to conduct follow-up discovery, if needed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

December 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY" was filed electronically. Parties may access this filing through the Court's system.

s/Brian T. Edmunds