# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed December 27, 2006)**

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

## ORDER

Defendant's Second Unopposed Motion For Enlargement Of The Time For Taking Discovery, filed on December 22, 2006, is ALLOWED. The parties shall complete discovery by Friday, March 30, 2007, and file a joint status report concerning further proceedings by Monday, April 30, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**