# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed January 10, 2007)**

| | |
|---|---|
| **A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER

The Stay in this case is hereby LIFTED pursuant to the court's order dated April 24, 2006 to allow for discovery.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**