IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 97-733C (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for discovery in this case by 91 days, so that discovery will be due by June 29, 2007. The current deadline for discovery is March 30, 2007. The United States previously has filed two unopposed motions for enlargement, totaling six months, which the Court has granted. This motion is unopposed.

The parties have had difficulty scheduling the plaintiffs' depositions. The parties, however, have now agreed that the depositions of the plaintiffs will take place from April 23 through 25, 2007. An enlargement into June is requested to provide the parties time to conduct follow-up discovery, if needed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

March 27, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, a copy of the foregoing "DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR TAKING DISCOVERY" was filed electronically. Parties may access this filing through the Court's system.

s/Brian T. Edmunds