# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed March 28, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Third Unopposed Motion For Enlargement Of The Time For Taking Discovery, filed on March 27, 2007, is ALLOWED. The parties shall complete discovery by Friday, June 29, 2007, and file a joint status report concerning further proceedings by Monday, July 30, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**