# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed July 11, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A telephonic conference is scheduled for Thursday, July 19, 2007 at 2:30 p.m. EST, concerning the Motion To Postpone The Close Of Discovery And Stay Discovery Pending Resolution Of A Forthcoming Motion To Dismiss filed on July 2, 2007. The court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**