# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed July 20, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the telephonic conference held on July 19, 2007, Defendant's Motion To Postpone The Close Of Discovery And Stay Discovery Pending Resolution Of A Forthcoming Motion To Dismiss, filed on July 2, 2007, is ALLOWED, and the following is hereby ordered:

1. Defendant shall file its Motion to Dismiss this case for lack of subject matter jurisdiction by Tuesday, July 31, 2007. Discovery, therefore, is STAYED pending resolution of the motion to dismiss.

2. Plaintiff shall respond by Friday, August 31, 2007.

3. Defendant may reply in accordance with the rules of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**