IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 97-733 (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT**
**OF THE TIME FOR FILING ITS MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, we respectfully request a 14-day enlargement, through and including August 14, 2007, of the time for filing our motion to dismiss under this Court's July 20, 2007 scheduling order. This is our first request for an extension for this purpose, and plaintiffs consent.

We request this extension because, although the Government has prepared a draft brief, additional time is needed for the Department of Justice to review the draft and to consult with the Department of the Interior. We recognize that the Court recently held a scheduling call in this matter and set July 31, 2007 as our deadline. The undersigned trial attorney did not, however, anticipate at the time of the call that additional review and consultation with the agency would be necessary. We apologize for any inconvenience this may cause to the Court.

For these reasons, we respectfully request a 14-day enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

July 31, 2007 Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 31st of July, 2007, a copy of "DEFENDANT'S MOTION OR AN ENLARGEMENT OF THE TIME FOR FILING ITS MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds