# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed August 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion For An Enlargement Of The Time For Filing Its Motion To Dismiss, filed on July 31, 2007, is ALLOWED. Defendant shall file its Motion to Dismiss this case for lack of subject matter jurisdiction by Tuesday, August 14, 2007. Plaintiff shall respond by Friday, September 14, 2007, and defendant may reply in accordance with the rules of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**