IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 97-733 (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF THE TIME FOR FILING ITS MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, we respectfully request a 31-day enlargement, through and including September 14, 2007, of the time for filing our motion to dismiss under this Court's July 20, 2007 scheduling order. This is our second request for an extension for this purpose, and plaintiffs consent.

We request this extension because the Government is continuing to evaluate the merits of raising a NAFI argument in this case, which we believe could have broader implications for the Government. Because of this, additional time is needed for the Department of Justice to discuss this matter internally and to consult with senior officials at the Department of the Interior. Several people who must be consulted are currently away or presently will be away from their offices on vacation during this time. We have spoken with plaintiffs concerning this need for an extension and plaintiffs agree that it is not necessary to ask the Court to lift the stay of discovery during this time and will await a decision from the Government on this issue. Again, we apologize for any inconvenience this may cause the Court.

For these reasons, we respectfully request a 31-day enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt for Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

August 13, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 13th of August, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION OR AN ENLARGEMENT OF THE TIME FOR FILING ITS MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds