# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed August 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of The Time For Filing Its Motion To Dismiss, filed on August 13, 2007, is ALLOWED. Defendant shall file its Motion to Dismiss this case for lack of subject matter jurisdiction by Friday, September 14, 2007. Plaintiff shall respond by Monday, October 15, 2007, and defendant may reply in accordance with the rules of the court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**