IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733C |
| v. | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO LIFT STAY OF DISCOVERY
AND SET CLOSE OF DISCOVERY TO DECEMBER 21, 2007

Pursuant to the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court lift the stay of discovery and enlarge the close of discovery to December 21, 2007. Plaintiffs consent to this motion.

The Government has decided not to bring the motion to dismiss we referred to in our July 2, 2007 "Motion to Postpone The Close of Discovery And Stay Discovery Pedning Resolution of A Forthcoming Motion to Dismiss." After careful review of the non-appropriated funds instrumentality ("NAFI") doctrine, the Government has determined not to assert a NAFI defense in this case. Nevertheless, it was necessary and appropriate to consider this issue thoroughly, given that the Wapato Irrigation Project does exhibit many of the characteristics of a NAFI.

We have spoken with counsel for plaintiffs, and Mr. Carroll agrees that additional time is now needed for both sides to complete discovery in this case. We have determined that December 21, 2007 is an appropriate date for the close of discovery, given the schedules of counsel for both parties, both of whom have trials scheduled in mid-October.

We therefore respectfully request that the Court lift the stay of discovery and enlarge the close of discovery through December 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

S/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

September 12, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 12, 2007, a copy of the foregoing "UNOPPOSED MOTION TO LIFT STAY OF DISCOVERY AND SET CLOSE OF DISCOVERY AT DECEMBER 21, 2007" was filed electronically. Parties may access this filing through the Court's system.

s/Brian T. Edmunds