# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed September 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Unopposed Motion To Lift Stay Of Discovery, filed on September 12, 2007, is ALLOWED, and the following hereby ordered:

1. The stay of discovery is hereby lifted.

2. Discovery shall be completed by Friday, December 21, 2007.

3. A joint status report shall be due on Monday, January 7, 2008 concerning further proceedings.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**