IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OSWALT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 97-733 |
| | ) | (Judge Futey) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF
TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the court enlarge the time for filing the parties' joint status report, currently due today, January 7, 2008, by seven days, through and including January 14, 2008. We request this extension because, although we have called counsel for plaintiffs, we have not yet heard back from him and need to submit this motion now because we will be unable to draft and have a joint status report reviewed at the Department of Justice by the end of the day.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 12076
Washington, DC 20530
Tel. (202) 616-8253
Fax (202) 309-0972

January 7, 2008

Attorneys for the United States

CERTIFICATE OF FILING

I certify that on this 7th day of January 2008, I filed the foregoing "MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT" to be filed electronically. Parties may access the filing through the Court's electronic filing system.

s/ Brian T. Edmunds