# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed January 8, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Motion For Enlargement Of Time To File Joint Status Report, filed on January 7, 2008, is hereby ALLOWED. The Joint Status Report shall be due on Monday, January 14, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**