IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OSWALT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 97-733 |
| | ) | (Judge Futey) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of January 8, 2008, the parties respectfully file this joint status report. The report was due on January 14, 2008, but, because counsel for the Government was out with the flu on that date, we respectfully request permission to file this report out of time. The parties stipulate that:

1. The parties will provide final responses to written discovery filed before the close of discovery on December 21, 2007, on or before January 31, 2008.

2. The parties have discussed the filing of summary judgment motions in this case and believe that summary judgment motions should be filed. The parties respectfully propose that the Court enter the following briefing schedule for summary judgment motions, upon which the parties have agreed:

MOTIONS – DUE MARCH 7, 2008

RESPONSES – DUE APRIL 11, 2008

REPLIES – DUE MAY 2, 2008

3. The parties respectfully request that the Court, at its convenience, convene a scheduling conference for purposes of scheduling argument, if the Court deems it appropriate, upon the motions.

Dated: January 15, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Ph. (202) 616-8253
Fax (202) 305-7644

Attorneys for Defendant

J. JAY CAROLL
Velikanje Halverson, P.C.
405 E. Lincoln Ave.
Yakima, WA 98901

Attorney for Plaintiffs

CERTIFICATE OF FILING

I certify that on this 15th day of January 2008, the foregoing JOINT STATUS REPORT was filed electronically. Parties may access the filing through the Court's electronic system.