# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed January 16, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on January 15, 2008, the parties request to file their report out of time is ALLOWED, and the following is hereby ordered:

1. The parties shall file their Motions for Summary Judgment by Friday, March 7, 2008.

2. Responses shall be due on Friday, April 11, 2008.

3. Replies shall be due on Friday, May 2, 2008.

4. A hearing or oral argument shall be scheduled at a later date.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**