# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed March 13, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic conference held on this date, the court's order of January 16, 2008, is hereby VACATED. A telephonic conference concerning further proceedings shall be held on Friday, May 9, 2008 at 2:30 p.m. The court will initiate the call.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**