# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed May 9, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this date, defendant's Motion To Stay Summary Judgment Briefing Schedule Pending Plaintiffs' Responses To Discovery, filed on March 4, 2008, is MOOT and the following is hereby ordered:

1. The parties shall file their Motions for Summary Judgment by Friday, June 20, 2008.

2. Responses shall be due on Friday, August 1, 2008.

3. Replies shall be due on Wednesday, September 10, 2008.

4. A hearing or oral argument shall be scheduled at a later date.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**