IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733C |
| | ) | (Senior Judge Futey) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court enlarge by three days, from June 20, 2008, to June 23, 2008, the deadline for parties' motions for summary judgment. This is our first request for an enlargement of time for this purpose. Counsel for plaintiffs has authorized us to state that plaintiffs do not oppose this motion.

The offices of defendant's counsel were unexpectedly closed on June 13, 2008, due to a power outage. As a result of the time lost due to the outage, we respectfully request that the deadline for the parties' summary judgment briefs be extended by one business day.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
By s/ Martin F. Hockey, Jr.
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 19, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of June, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp