# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed June 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**A. DEAN OSWALT and REINIE** *
**OSWALT, husband and wife, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Unopposed Motion For Enlargement Of Time, filed on June 19, 2008, is ALLOWED. The parties' motions for summary judgment shall be filed by Monday, June 23, 2008.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**