IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT, and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733C |
| | ) | (Senior Judge Futey) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court enlarge by two days, from June 23, 2008, to June 25, 2008, the deadline for parties' motions for summary judgment. This is our second request for an enlargement of time for this purpose. We previously obtained one enlargement of three days. Counsel for plaintiffs has authorized us to state that plaintiffs do not oppose this motion.

This enlargement is requested because the offices of agency counsel are being moved to a different building over the weekend of June 21–22, 2008. As a result of the move, agency counsel will have limited availability to communicate with trial counsel prior to June 24, 2008. The requested enlargement, if granted, would ensure that agency counsel will have the opportunity to review and comment upon defendant's motion before it is filed.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
by s/ Martin F. Hockey, Jr.
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 20, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 20th day of June, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp