# In the United States Court of Federal Claims

**No. 97-733C**

**(Filed June 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**A. DEAN OSWALT and REINIE OSWALT, husband and wife, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Unopposed Motion For Enlargement Of Time, filed on June 20, 2008, is ALLOWED. The parties' motions for summary judgment shall be filed by Wednesday, June 25, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**