IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733c (Senior Judge Futey) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**RENEWED MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF**

COME NOW the plaintiffs and renew and move this Court for an Order for Partial Summary Judgment against the Defendant establishing liability of the Defendant to the plaintiffs in this case. This motion is made pursuant to Fed. R. Civ. P. 56 and is supported by the Declaration of J. Jay Carroll and the files and records herein. No genuine issue of material fact exists as to the Defendant's liability in this case and therefore summary judgment as to that issue is appropriate.

Plaintiffs hereby incorporate by this reference these documents that were previously filed with the Court: (1) Plaintiffs' Cross Motion for Summary Judgment and Memorandum in Support thereof and in Opposition to Defendant's Motions, filed October 5, 1998; (2) Plaintiffs' Proposed

Finding of Uncontroverted Facts, filed October 5, 1998; and (3) Plaintiffs' Statement of Genuine Issues, filed October 5, 1998. For ease of reference and so that they may be included within the electronic file herein, these documents are attached to the Affidavit of J. Jay Carroll.

Plaintiffs previously moved for summary judgment in this case. The Defendant likewise moved for the dismissal of the plaintiffs' entire case. The Court partially granted the Defendant's motion and dismissed a portion of the plaintiffs' case. The Court then denied the Plaintiffs' remaining motion based on the fact that they had not exhausted their administrative remedies. These decisions were appealed to the Federal Circuit of the United States Court of Appeals and the Trial Court's decision was affirmed.

On remand, the action was stayed while the plaintiffs pursued their administrative remedies. Once those avenues were exhausted, this action was again activated and the parties engaged in discovery. These present motions for summary judgment now come before the Court.

In conformance with the authorities cited in the documents previously filed with the Court, the plaintiffs seek a partial summary judgment ruling from the Court determining the Defendant's liability for the failure to deliver the plaintiffs' equitable distribution of irrigation water for the crop year 1994. Although the incorporated documents do reference the entirety of the

plaintiffs' claim as initially submitted, plaintiffs fully understand the dismissal of certain portions of that claim have been made and do not seek to argue otherwise. Plaintiffs seek only a determination on liability.

RESPECTFULLY SUBMITTED this 25th day of June, 2008.

s/ J. Jay Carroll
J. JAY CARROLL, WSBA #17424
VELIKANJE HALVERSON P.C.
*Attorneys for Plaintiffs*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, WA 98907
Tele: (509) 248-6030
Fax: (509) 453-6880
jcarroll@vhlegal.com

\\vmsserver\clients\JJC\OSWALT\USA\Pleadings\Motion and Memo in Support of SJ.doc

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of June, 2008, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ J. Jay Carroll