IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT and STACIE OSWALT, | ) | |
| Plaintiffs, | ) | No. 97-733c (Senior Judge Futey) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF J. JAY CARROLL**

I hereby certify under penalty of perjury of the laws of the State of Washington that the following statements are true and correct. I make this statement based upon personal knowledge. I am otherwise competent to testify to the matters stated herein.

1. Attached hereto as Exhibit "A" and incorporated by this reference is a true and accurate copy of the Plaintiffs' Cross Motion for Summary Judgment and Memorandum in Support thereof and in Opposition to Defendant's Motions, filed October 5, 1998;

2. Attached hereto as Exhibit "B" and incorporated by this reference is a true and accurate copy of the Plaintiffs' Proposed Finding of Uncontroverted Facts, filed October 5, 1998.

3. Attached hereto as Exhibit "C" and incorporated by this reference is a true and accurate copy of the Plaintiffs' Statement of Genuine Issues, filed October 5, 1998.

DATED at Yakima, Washington, this 25th day of June, 2008

J. Jay Carroll

STATE OF WASHINGTON )
) ss.
County of Yakima )

SUBSCRIBED AND SWORN TO before me this 25th day of June, 2008.

JENNIFER FITZSIMMONS NOTARY My Comm. Expires June 28, 2009 PUBLIC STATE OF WASHINGTON

Jennifer L. Fitzsimmons
(Print Name)
Notary Public in and for the State of Washington, residing in Naches.
My Commission Expires: June 28, 2009

\\vmsserver\clients\JJC\OSWALT\USA\Pleadings\Affidavit of JJC.doc

# CERTIFICATE OF FILING

I hereby certify that on the 25th day of June, 2008, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ J. Jay Carroll