No. 97-733C
(Senior Judge Futey)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

A. DEAN OSWALT, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

# APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 26, 2008

Attorneys for Defendant

# TABLE OF CONTENTS

Amended Complaint. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Opinion of the Court, dated October 17, 2000.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Court of Appeals opinion, dated July 12, 2002. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Administrative complaint.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Administrative decision, dated November 16, 2004. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Administrative appellate decision, dated November 1, 2005. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Office of Hearings and Appeals order, dated December 13, 2005. . . . . . . . . . . . . . . . . . . . . . . . . . 46

Lease No. 1-7859, Allotment 361. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Lease No. 1-7022, Allotment 363. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Lease No. 1-7287, Allotment T-1011. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Lease No. 1-7614, Allotment 1988. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

Lease No. 1-8219, Allotment 2303 & T-2303.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

Lease No. 1-7023, Allotment 3694. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

Lease No. 1-8705, Allotment 3704 & 3705.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

Requests For Admissions To Plaintiffs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

Defendant's Proposed Findings Of Uncontroverted Fact
(submitted with defendant's first dispositive motion). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

Plaintiff's Statement Of Genuine Issues. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

Deposition of A. Dean Oswalt (excerpts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

**CERTIFICATE OF FILING**

I hereby certify that on the 26h day of June, 2008, a copy of the foregoing "APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp