IN THE UNITED STATES COURT OF FEDERAL CLAIMS

A. DEAN OSWALT, REINIE OSWALT, CRAIG OSWALT, MICHELLE OSWALT, KIRK OSWALT and STACIE OSWALT,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 97-733c
(Senior Judge Futey)

## AFFIDAVIT OF J. JAY CARROLL

I hereby certify under penalty of perjury of the laws of the State of Washington that the following statements are true and correct. I make this statement based upon personal knowledge. I am otherwise competent to testify to the matters stated herein.

1. Attached hereto as Exhibit "A" and incorporated by this reference is a true and correct copy of pages 1-2 of the Declaration of Marie Howerton previously filed in this action.

2. Attached hereto as Exhibit "B" and incorporated by this reference is a true and correct copy of pages 1-4 of the Declaration of George Nickoloff previously filed in this action.

3. Attached hereto as Exhibit "C" and incorporated by this reference is a true and correct copy of pages 1-2 of the Declaration of Craig Oswalt previously filed in this action.

4. Attached hereto as Exhibit "D" and incorporated by this reference is a true and correct copy of pages 1-14 of the Defendant's Surreply previously filed in this action on or about March 5, 1999.

5. Attached hereto as Exhibit "E" and incorporated by this reference is a true and correct copy of pages 1-12, & 17-20 of the deposition of A. Dean Oswalt.

DATED at Yakima, Washington, this 1st day of August, 2008

J. Jay Carroll

STATE OF WASHINGTON )
) ss.
County of Yakima )

SUBSCRIBED AND SWORN TO before me this1st day of August, 2008.

Deborah A. Girard
(Print Name)
Notary Public in and for the State of Washington, residing in Yakima.
My Commission Expires: 2/11/09

STATE OF WASHINGTON
DEBORAH A. GIRARD
NOTARY PUBLIC
COMMISSION EXPIRES
FEBRUARY 11, 2009

## CERTIFICATE OF FILING

I hereby certify that on the 1st day of August, 2008, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ J. Jay Carroll

G:\JJC\OSWALT\USA\Pleadings\Affidavit of JJC 080108.doc