# EXHIBIT A

4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A. DEAN OSWALT ET AL.,<br>Plaintiffs, | ) | |
| v. | ) | No. 97-733C<br>(Judge Futey) |
| UNITED STATES,<br>Defendant | ) | |

DECLARATION OF MARIE HOWERTON

1. My name is Marie Howerton. I am the Administrative Officer at the Wapato Irrigation Project ("WIP"). I have personal knowledge of the facts set forth in this Declaration.

2. I have been employed by the WIP since 1991. I have served as Administrative Officer since 1991.

3. As Administrative Officer, I supervise the operation of the WIP. I am responsible for the personnel actions, procurement activities, and fee collection efforts of the WIP. In addition, I am responsible for responding to inquiries and complaints by water users. I am therefore familiar with the process of collecting operation and maintenance ("O&M") assessments from water users as well as the consequences associated with failure to pay O&M assessments in a time fashion.

4. The WIP is forbidden by regulation (25 C.F.R. § 171.17) from providing irrigation water to water users who have not paid O&M assessments or made satisfactory arrangements to pay the O&M assessments.

5. The WIP therefore does not provide irrigation water to water users who have not paid the O&M assessments or made satisfactory arrangements with the Superintendent of Yakima Agency for the payment of O&M assessments.

6. In my experience, the exclusive means by which a land user can make satisfactory arrangements for payment of O&M assessments is to execute a promissory note which guarantees the payment of the O&M assessments. The promissory note must be executed by the land user and the Superintendent of the Yakima Agency before the WIP will deliver irrigation water to the land user.

7. I have reviewed the accounting, billing, and collection records of the WIP, and there is no record of the Oswalts having executed a promissory note prior to the 1994 irrigation season or during the 1994 irrigation season. Accordingly, they did not make satisfactory arrangements to pay their O&M assessment in advance of the 1994 irrigation season.

8. I have also reviewed the collection records of the WIP and have found delinquency notices that were sent regarding O&M assessments during the 1994 irrigation season. Because the Oswalts apparently farmed land of other lessors or land owners without executing appropriate assignments, some of the notices were sent to the actual land owners or lessors, instead of the Oswalts. True and correct copies of those delinquency notices are attached hereto as exhibit A.

9. The WIP suffered a major drought during the 1994 irrigation season and consequently, it was very difficult to provide irrigation water to all the water users.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November, 1998.

[signature]
Marie Howerton