# EXHIBIT C

12

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A. DEAN OSWALT and REINIE OSWALT, husband and wife; CRAIG OSWALT and MICHELLE OSWALT, husband and wife; and KIRK OSWALT and STACIE OSWALT, husband and wife; vs. United States of America. | NO. 97-733 C (JUDGE FUTEY) AFFIDAVIT OF CRAIG OSWALT |

STATE OF WASHINGTON ) ) ss County of Yakima )

CRAIG OSWALT, being first duly sworn on oath, deposes and says:

1. My name is Craig Oswalt and I am one of the plaintiffs in this lawsuit. In 1994 my father, Dean, my brother, Kirk and myself farmed land which was serviced by the Wapato Irrigation Project.

2. In June 1994 I was present at a meeting with my father and A.C. Oberly, the then acting Project Administrator for the Wapato Irrigation Project. At the time of the meeting, we were not receiving any water from the Wapato Irrigation Project. We had complained of this fact to Mr. Oberly and, as a result of that complaint, he made a visit to our properties to inspect the situation.



Velikanje, Moore & Shore, P.S.
attorneys at law
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

13

3. After the field investigation, my father and myself went back to Mr. Oberly's office. Mr. Oberly acknowledged the obvious fact that we were not receiving any water. He told us that there was nothing that he could do at that time and that if we thought we were damaged that we should file a tort claim against the WIP. He personally handed us the blank tort claim forms to be filled out.

4. During this same meeting, my father and I made arrangements with Mr. Oberly to pay the balance of the money that was due for payment of the irrigation water for 1994. We asked that the balance be put on a promissory note. Mr. Oberly agreed to these arrangements and told us that they (the WIP) would prepare the promissory note and then someone would be back in touch with us when the note was prepared so that we could sign it. When we were contacted, my father came down and signed the note. All moneys due, plus penalties and interest associated with the 1994 water assessments have been paid and accepted by the WIP.

5. Mr. Oberley never told us that the reason that we were not receiving any water was due to the fact that there was some delinquency in payment. In fact, at the time that the conversation occurred, we had paid for water for the vast majority of the land in question yet, we were receiving no water.

Craig Oswalt

Craig Oswalt

SUBSCRIBED AND SWORN TO before me this 18th day of December, 1998.

Lori A Busby

NOTARY PUBLIC in and for the State of Washington, residing at Yakima.
My commission expires: 8-15-02

LORI A. BUSBY COMMISSION EXPIRES NOTARY PUBLIC AUGUST 15, 2002 STATE OF WASHINGTON



Velikanje, Moore & Shore, P.S.
attorneys at law
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

14