No. 97-733C
(Senior Judge Futey)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

A. DEAN OSWALT, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

SUPPLEMENTAL APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 514-8650

August 1, 2008

Attorneys for Defendant

TABLE OF CONTENTS

Defendant's Statement of Genuine Issues, dated December 2, 1998. . . . . . . . . . . . . . . . . . . . . . . . . 1

Declaration of Harry Cartmell, dated November 30, 1998. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Affidavit of Acey Oberly, Jr., dated June 27, 1997. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Affidavit of Acey Oberly, Jr., dated July 25, 1997. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Affidavit of Harry Cartmell, dated June 27, 1997. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Supplemental Declaration to Affidavit of Harry Cartmell, dated June 30, 1997 . . . . . . . . . . . . . . 35