# WAPATO IRRIGATION PROJECT MAIN CANAL DISTRIBUTION SCHEDULE

EFFECTIVE DATE: July 11, 1994

| | | |
|---|---|---|
| TOTAL RIVER DIVERSIONS | 1300 | CFS |
| OLD RESERVATION CANAL | 0 | CFS |
| MAIN CANAL | 1300 | CFS |
| EFFICIENCY ADJUSTED FLOW | 1243 | CFS eff fact 95.65% |
| PASS THROUGH FLOWS: | | |
| DRAIN 2 | 100 | CFS |
| HARRAH DRAIN | 50 | CFS — - 20) → (Lat 3 + 20) |
| LATERAL 4 | 50 | CFS |
| | ======= | |
| TOTAL FLOW AVAILABLE, MC | 1043 | CFS |

| LATERAL | ACRES | %"A" | EQUIVLNT ACRES | % TOTAL | PRO RATA (CFS) | MEASURED CFS & DATE |
|---|---|---|---|---|---|---|
| M - 45 | 556 | 57.85% | 359 | 0.70% | 7 | ____ |
| M - 68 | 916 | 57.85% | 592 | 1.16% | 12 | ____ |
| M - 80 | 543 | 57.85% | 350 | 0.69% | 7 | ____ |
| M - 119 | 662 | 57.85% | 427 | 0.84% | 9 | ____ |
| M - 137 | 804 | 57.85% | 519 | 1.02% | 11 | ____ |
| BEAT 24 | 1032 | 57.85% | 668 | 1.30% | 14 | ____ |
| BEAT 21 | 282 | 57.85% | 112 | 0.22% | 2 | ____ |
| MAIN EXTENSION | 12620 | 57.85% | 5011 | 9.82% | 102 | ____ |
| UNIT 1 PUMP CANAL | 9672 | 57.85% | 3840 | 7.52% | 79 | ____ |
| DROP 1 | | | | | | |
| LATERAL 1 | 9432 | 57.85% | 6088 | 11.93% | 124 | ____ |
| M - 254 | 378 | 57.85% | 244 | 0.48% | 5 | ____ |
| NEW WILBUR | 2367 | 68.90% | 1139 | 2.23% | 23 | ____ |
| BEAT 24 | 364 | 57.85% | 235 | 0.46% | 5 | ____ |
| DROP 2 | | | | | | |
| DRAIN 2 (& LAT 2-278) | 1880 | 57.85% | 1213 | 2.38% | 125 | ____ |
| LATERAL 2 | 10609 | 57.85% | 6844 | 13.41% | 140 | ____ |
| M - 457 | 276 | 57.85% | 178 | 0.35% | 4 | ____ |
| M - 512 | 97 | 57.85% | 38 | 0.08% | 1 | ____ |
| BEAT 24 | 375 | 57.85% | 242 | 0.47% | 5 | ____ |
| DROP 3 | | | | | | |
| M - 528 | 308 | 57.85% | 122 | 0.24% | 2 | ____ |
| LATERAL 3 | 14602 | 57.85% | 9421 | 18.46% | 193 | ____ |
| HARRAH DRAIN | | | | | 50 | ____ |
| BEAT 24 | 275 | 57.85% | 178 | 0.35% | 4 | ____ |
| M - 577 | 300 | 57.85% | 193 | 0.38% | 4 | ____ |
| ISLAND PUMP CANAL | 3180 | 57.85% | 1263 | 2.47% | 25 | ____ |
| LATERAL 4. | 18226 | 57.85% | 11760 | 23.04% | 290 | ____ |
| MAIN CANAL TOTALS | 89756 | | 51033 | 100.00% | 1243 | |
| YAKIMA RIVER TOTALS | 126407 | | 72614 | | 1300 | |
| UNIT 2 PUMP CANAL | 7573 | 57.85% | 3007 | 3.96% | 57 | ____ |
| DURHAM LATERAL | 496 | 57.85% | 321 | 0.42% | 6 | ____ |
| TOPPENISH CREEK TOTALS | 8071 | | 3328 | | 63 | |

190

SA21

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR YAKIMA COUNTY

| | |
|---|---|
| IN THE MATTER OF THE DETERMINATION OF THE RIGHTS TO THE USE OF THE SURFACE WATERS OF THE YAKIMA RIVER DRAINAGE BASIN, IN ACCORDANCE WITH THE PROVISIONS OF CHAPTER 90.03, REVISED CODE OF WASHINGTON.<br><br>STATE OF WASHINGTON DEPARTMENT OF ECOLOGY<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. ACQUAVELLA, et al.,<br><br>Defendants | No. 77-2-01484-5<br><br>AFFIDAVIT OF ACEY OBERLY, JR. |

[stamp] JUL 27 1994

I ACEY OBERLY, JR., being first duly sworn on oath, depose and state as follows:

1. I am the Project Administrator for the Wapato Irrigation Project, Bureau of Indian Affairs. I have served as Project Administrator for approximately 1½ years. For 5 years prior thereto, I was a Program Analyst at the Yakima Indian Agency, BIA. I have served in various capacities with the Bureau of Indian Affairs in the past 26 years.

2. As Project Administrator, it my responsibility to supervise and administer the operation of the Wapato Irrigation Project. In this capacity, I supervise approximately 90 Bureau of Indian Affairs employees who are charged with various responsibilities concerning the day-to-day operation of the Project. The Wapato Irrigation Project currently consists of approximately 142,000 acres of land.

3. The BIA Wapato Irrigation Project receives water from the Yakima River based upon the U.S. Bureau of Reclamation's analysis of total water supply availability. This is a water short year, and based upon the limited water supply the Bureau of Reclamation determined that all irrigation districts, including the Wapato Irrigation Project, were initially to receive 35% of their proratable entitlement this irrigation season. The Wapato Irrigation Project as of June 6, 1994, was diverting 1150 cfs per day from the Yakima River according to the Bureau of Reclamation determination of a 35% proration entitlement, and according to the Wapato Irrigation Project diversion plan developed for the 1994 season.

4. The water diversion plan, a copy of which is attached, is based largely upon demand by the waterusers. Historic averages from prior years are utilized to determine the amount of water diverted from the Yakima River at any given time during the irrigation season. The plan generally reflects a demand for water for crops with an early growing season. In a water short year demand will exceed supply, as has occurred this year.

5. To illustrate the severity of the shortage this year, the 17 year average diversion to the Wapato Irrigation Project from the Yakima River in July is between 1700-1800 cfs. In 1993, a water short year, we diverted 1550 cfs during the same time period. This year the average diversion is approximately 1150 cfs.

6. It is my responsibility to assure an equitable distribution of waters to the Project water users despite the water

shortage and despite significantly reduced allocations this irrigation year.

7. On June 27 at 8 a.m. 15 water users from the Satus area met with me and hydraulic engineer Ken Best. We met for about one hour during which the water users complained about a shortage of water to their area. The group requested that the Project increase its water diversion from the Yakima River and that the fish ladders on Toppenish Creek and the Marion Drain be shut off so the water could be used for delivery.

8. Based on my review of all factors, and discussion with various Project officials, I determined that increasing amount of water diverted which would force a shortening of the irrigation season in August, normally the hottest month. I informed the group that the Project would use its entitlement more quickly if we modified the diversion plan to increase flows, which would be damaging to those needing water later in the summer. In my opinion, being able to divert less water in August would result in more damage to the waterusers, and would be inconsistent with current and historic demands by waterusers, as reflected in the diversion plan.

9. I also directed Project officials to assure that all Project deliveries were metered and that no area was receiving more than his scheduled amount. I directed each watermaster to check deliveries for correct amounts so as to assure an equitable distribution of water.

10. Based on advice from various Project officials, I initiated a rotation schedule for the Satus 2 and Satus 3 canals because under the normal operating regime (supplying water to both Satus 2 and Satus 3 canals at the same time) lands at the end of Satus 3 canal were experiencing shortages in water delivery. The rotation schedule began on June 29, 1994 and consists of a delivery of the full amount of Satus District Irrigation water to the Satus 3 canal for five days and then the redirecting of that same quantity of water to the Satus 2 canal for five days, and so on. The net result is that overall the same amount of water is received, but by a five days on, five days off rotation the water users at the end of the laterals and canals are able to get water.

11. Another way in which the problems caused by the water shortage has been alleviated is by agreements between water users to rotate their water deliveries with others on the same canal. This neighbor-to-neighbor resolution of the problem has worked in other areas of the Project but to my knowledge, the Satus 2 and Satus 3 users have not reached such accommodations. On July 5, 1994, for example, I met with nine water users from the Lower Wapato Unit who were having problems with the amount of water being delivered. They agreed that because of the water availability problems this season they would need to rotate or alternate deliveries amongst themselves. They set up a schedule for rotation based on the need for water during certain periods and their system seems to be working.

12. I have attempted to lessen the impacts of the shortage to the Satus users this year by directing the utilization of Project-owned or rented pumps in ponds located in the Satus area to pump water into the delivery system. We estimate that we are supplying an additional 6-7 cfs by this method.

13. I have also directed the supplementation of available water to the Satus area by the pumping of ground water from wells located in the Satus area which we have put into operation through a cooperative agreement between the Bureau of Reclamation and the Yakima Indian Nation. We estimate that 4-5 cfs is added to the Satus area through this relief measure.

14. On July 8, 1994, the Bureau of Reclamation increased its total water supply available forecast from 35% to 39%. Accordingly, on July 15, I increased our diversion from 1150 cfs to 1300 cfs. This will allow an increase in water until approximately August 28 at which time we will return to the original schedule. This adjustment will result in more water to the Satus area.

15. On July 18 at approximately 8:30 a.m. I received a call from the Yakama Nation Land Enterprises concerning a lessee from the Satus area on Allotment 2900 who alleged crop loss and claimed he could not afford to make lease payments. I told the Tribal Office that I would check out the alleged crop loss. Allotment 2900 is leased by L.O. Gannon and Sons.

16. I called Harry Cartmell, BIA Irrigation Systems Manager, at around 9 a.m. on July 18 regarding the complaint and asked him to check out the water delivery for that area and asked him to verify crop loss. Mr. Cartmell advised me that Satus 2 was currently receiving water on the rotation and that Satus 3 would begin its five day rotation on Tuesday morning, July 19. On Wednesday, July 20, 1994, Harry Cartmell advised me that he had stayed in the fields until 1:30 a.m. and recorded that the water reached the delivery box at Allotment 2900 at approximately 12:30 a.m., but that water was not being taken onto the property. Mr. Cartmell also advised me that some of the other landowners or lessees on Satus 3 were not taking water, and that water was spilling at the

end and returning to the river. One Project ditch with water in it almost broke because water was not being taken by some of the water users on that delivery.

17. The implementation of the rotation system, the supplementing of water from ponds and wells, the request to lower the amount of water used in the fish ladders, the upward adjustment in the diversion because of the slight increase in water availability, have all been actions taken by the BIA in good faith to assist the Satus water users in this difficult time of severe water shortage.

DATED this 25th day of July, 1994.

Acey Oberly, Jr.

VERIFICATION

STATE OF WASHINGTON)
) ss.
County of Yakima )

SUBSCRIBED AND SWORN to before me this 25th day of July, 1994 by Karen S Lucei.

Karen S Lucei
NOTARY PUBLIC in and for the State of WA
residing at Wapato, WA
My commission expires: October 16, 1996

IN REPLY REFER TO:

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Wapato Irrigation Project
P.O. Box 220
Wapato, Washington, 98951

July 12, 1994

Brian Person, Yakima Project Manager
United States Bureau of Reclamation
Yakima Project Office
1917 Marsh Road
Yakima WA, 98901

Dear Mr. Person:

The following table outlines the Wapato Irrigation Project revised diversion plan for the 1994 Irrigation Season.

| DATE | DAYS | TOTAL CFS | STORAGE CFS | STORAGE BALANCE ACRE FT |
|---|---|---|---|---|
| | | | | 124,215 |
| 01/May | 7 | 1,200 | 480 | 117,551 |
| 08/May | 16 | 1,450 | 730 | 94,385 |
| 24/May | 13 | 1,300 | 580 | 79,430 |
| 06/Jun | 38 | 1,150 | 430 | 47,021 |
| 14/Jul | 32 | 1,300 | 580 | 10,209 |
| 15/Aug | 8 | 1,150 | 430 | 3,386 |
| 23/Aug | 7 | 950 | 230 | 193 |
| 30/Aug | 53 | 720 | | |
| 22/Oct | | OFF | | |

This schedule reflects the 39% proration of reservoir storage allocations as determined by your July 8 TWSA forecast. This schedule may be modified if operating conditions change during the season. In that event WIP will provide you with advanced notice of any changes in this schedule.

Sincerely,

Acey Oberly, Jr.
Wapato Irrigation Project Administrator

198

SA29

JAMES P. CONNELLY
United States Attorney
BRUCE E. DIDESCH
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A. DEAN OSWALT et. al., Plaintiffs, v. UNITED STATES OF AMERICA Defendant. | NO. CY-96-3133-LRS<br><br>AFFIDAVIT OF HARRY CARTMELL |

HARRY CARTMELL, being first duly sworn on oath, deposes and states:

1. I am currently employed as the Irrigation Systems Manager at the Wapato Irrigation Project (WIP) for the Bureau of Indian Affairs (BIA). I have been in that position since September 1995. In 1991 I retired from the WIP and remained so until June 1994 when I was asked by Mr. Acey Oberley to assist the WIP during the drought of 1994. I left on August 26, 1994, after the crises had begun to subside. I began working for the WIP on October 5, 1977, and other than the dates set forth above have remained an employee of the WIP.

2. In June 1994 I was hired to assist the Irrigation System Manager in supervising the Project watermasters and distributing the little water allocated to the WIP as a result of the drought throughout the system. I communicated with Virgil Lallashute who

with Ken Best communicated with the Bureau of Reclamation to receive the Project's allocation from the Yakima River. Our water deliveries were based on the Water Diversion Plan submitted to the Bureau of Reclamation.

3. In distributing water during the '94 drought throughout the WIP we were constrained by two factors. The first being the instantaneous diversion allowed on a given day and the total amount of water the WIP was allocated over the entire season. Because the amount of water allocated overall was approximately 60% of the WIP's entitlement for Class A and Class B lands, distributing the water throughout the Project required a number of decisions to be made by the WIP management on a daily basis to ensure distribution to all lands. The water shortage adjustment for Class A lands was 29% less than entitlement while the water shortage adjustment for class B lands was 70% less than entitlement. Since each individual farmers distribution box is not metered much less the particular Class A or Class B lands, our effort to distribute water on a prorata basis required substantial decisionmaking and a coordinated effort from management down to the ditch riders.

4. The WIP has a Main Canal and Laterals 1-4; a Main Extension and a series of Drains and smaller laterals that are named or numbered. Water from the initial diversion into the New Reservation Canal is used three times before it completes its cycle through the WIP system. The first is the Wapato and Bench area. The drainwater for those areas comes through and is

delivered to the Satus Unit. The return flow from the Toppenish area of the Wapato Unit is also used by the Satus Unit. The allocation is 60% at the initial point of diversion; it is substantially lower than that at a specific delivery point within the lower Wapato and Satus Units where the Oswalt's leaseholds were located.

5. Because the lower Wapato and Satus Units primarily rely on return flows which as a result of the drought were greatly diminished, I instituted a number of measures to deliver more water to that end of the WIP which in effect provided the area with a greater than prorata share of the WIP's overall allocation. We established a rotation system in some areas. I authorized the diversion of some water from the upper areas of WIP to the lower Wapato and Satus Units. We established emergency wells and supplied generators to power the pumps. Water from the wells and a gravel pit were pumped into the laterals to supplement the flow. I rerouted water intended for the Spencer lateral and sent it to Drain 3 in an attempt to provide relief to the lower Wapato Unit.

6. Because the water table had been greatly reduced due to less recharge; the increased pumping of groundwater; less water available as return flow; and increased evapotranspiration losses through the unlined ditches, it was impossible to deliver sufficient quantities of water without interruption to the lower Wapato and Satus Units during the drought. The period between June 7, 1994, when the total diversion decreased from 1300 cfs to

1150 cfs, until July 14, 1994, when we were able to increase the total diversion from 1150 cfs up to 1300 cfs, was the most difficult time to get water delivered throughout the project. It was also at that time (July 8, 1994) when the Bureau of Reclamation increased its proration to the WIP of reservoir storage allocations from 35% to 39%. That increase coupled with some of the other remedial efforts we instituted had a profound effect on our ability to deliver water to the lower Wapato and Satus Units.

7. In July 1994 a number of disgruntled farmers filed an action in the Acquavella case, which was pending in the Superior Court, challenging the WIP's actions in responding to the drought. I submitted an affidavit in that proceeding which was filed by Mr. Charles E. O'Connell, the attorney for the Department of Justice in Acquavella. A copy of that affidavit is attached and incorporated herein. The court dismissed the farmers' claims of improper management and indicated that from the affidavits it appears the WIP management had been making almost a Herculean effort and doing the very best job we could trying to distribute the portion of the water we were receiving. I know I felt we were doing everything we could, given the physical constraints with the system and the realities of the drought, to get as much water as possible to the lower portion of

the Project throughout the period of time I worked for the Project that summer.

DATED this 6/27/97 day of June, 1997.

HARRY CARTMELL

SUBSCRIBED AND SWORN TO this 27th day of June, 1997.

DEBRA M. JOHNSON
COMMISSION EXPIRES
NOTARY PUBLIC
JUNE 22, 1999
STATE OF WASHINGTON

Notary Public in and for the State of Washington, residing at Toppenish.

# SUPPLEMENTAL DECLARATION TO AFFIDAVIT OF HARRY CARTMELL

**A. Dean Oswalt et, al:,**
**Plaintiff,**

**V.**

**UNITED STATES OF AMERICA,**

**Defendant**

**I, Harry J. Cartmell declare under penalty of perjury, under the Laws of the State of Washington that the following statements are true and correct. I make this statement based on personal knowledge.**

**On June 27, 1997, I signed an affidavit in the case of Oswalt v U. S. Government. This declaration is intended to supplement that affidavit. In my affidavit in paragraph number 5 I indicated that Wapato Irrigation Project did an number of things to lessen the impact of the effect of the drought including a rotation watering schedule and providing supplemental water. The following is a more specific list of efforts that were undertaken in the area that serves Oswalt land:**

**Lateral 4 Extension**

The following Wells, Diesel Pumps and Drain Pumps supplemented the water supply on Lateral 4 Extension.

**-Well #8 (BIA# 10/20-26HI)**-This is a Reclamation well #8 and identified as BIA well number 10/20-26HI, located at the intersection of Chambers and Stevens Road on the south side of Chambers Road. This pump was used in the 1977 drought emergency and again in response to the 1994 drought emergency.

The run off return flow from the farmers irrigation returned to Marion Drain to be picked up down stream by the Marion Drain Diesel Pump and the Wagon Wheel pump located in Marion Drain. The 2,000 GPM of supplemental water served allotments **299, 300, 1013, and 1893. This water supplemented water used by allotments 794, 848, 849, 850, 1011, 1031.5, 1752,1988, 1985, 2303.**

This water also benefited other allotments downstream. Runoff return flow from the farmers irrigation increased water available to Marion Drain to be reused downstream by the Marion Drain Diesel Pump and the Wagon Wheel Pump located in Marion Drain. Well #8, Juvenile Pond Pumps, Parton Pump, Parton Drain Pump & Marion Drain Pump all benefit Wagon Wheel Pump.

**-Juvenile Pond Diesel Pumps - 2 Pumps -(6" @ 1,400 GPM and 8" @ 1,800 GPM)** for a total of 3,200 GPM. These pumps went online 7-5-94. WIP supplied two diesel pumps to pump water from the Juvenile Pond into Extension 4 Lateral. WIP monitored the pumps fuel and oil consumption 24 hours a day, seven days a week. WIP supplied the diesel and oil used to run these pumps and the man power to monitor the pumps. The water supplemented to Lateral 4 Extension served Allotments 794, 1011, 1752, 2303, 1985, 1988, 761, 848, 849, 850, 1131.5 plus benefited other allotments downstream. Return flow was picked-up by Marion Drain Diesel Pump and Wagon Wheel Pump.

**-Parton Well Pump** - The pump was a drought well pump established in 1977.) The pump was activated in May, 1994 because of the drought conditions. Provides additional 4.4 CFS for **Allotments 2303, 1985, 761, 849, 1752, 850, 1131.5, 1752, 1011, 1988, 794, 1131,** on Lateral 4 Extension. No return flow available for reuse.

**-Parton Drain Pump** - Established in 1977 for the emergency drought conditions. Turned on by WIP in May, 1994 in response to the drought conditions. Provides water to **Allotments 2303, 1985, 849, 850, 1131.5, 1752, 1011, 1988, 794** on Lateral 4 Extension. No return flow available for reuse.

**-Marion Drain Diesel Pump** in Marion Drain 1,400 GPM additional water. This pump supplied water from Marion Drain to Lateral 4 Extension. WIP rented this pump. The pump went into operation on 7-5-94. WIP supplied the diesel fuel, oil and man power to monitor this pump and keep it running 24 hours a day/7days a week. The water served **Allotments 2303, 1988, 1985, and 794.**

**-Wagon Wheel Pump** located in the Marion Drain provided 6 CFS (74,800 GPM) additional water. This pump went on line 6/29/97. WIP supplied this pump. This provided water for **Allotments 2303, 1988, and 1985.** This pump was the last chance to reuse water in the Marion Drain.

## East Lateral

The following Well and Diesel Pump supplemented the water supply on East Lateral.

**-Well 3 (mechanical motor and tractor provided by farmer)** - 900 GPM additional water serving **Allotments 765, 776, & 777.** WIP purchased PVC pipe and ran a line from Well 3 to the East Lateral. Return flow goes in to Satus Creek and flows into the Yakima River with no return flow to utilize.

**-Satus Longhouse Diesel Pump. WIP** installed a pipeline from Satus Longhouse Pond to the East Lateral. **WIP** supplied a pump, diesel, oil and manpower. This pump was initially turned on 6/20/94. The pump burned out so WIP leased another pump and continued to supply the diesel, fuel, oil and man power to monitor the pump 24 hours a day/7 days a week.

**<u>Spencer Lateral</u>**
**(aka Drain Spur)**

The following diesel Pump supplemented the water supply on Spencer Lateral (aka Drain Spur).

**-Mosquito Pond Diesel Pump,** 1,400 GPM and went on the first part of June 29, 1994. A WIP pump was used. It burned out so WIP rented another pump to replace it. WIP supplied the diesel, oil, manpower to monitor and run the pump 24 hours/ 7 days a week. This pump provided water which supplied **Allotments 289, 2482, 596 and 600.**

I declare under penalty of perjury of the State of Washington that the foregoing is true and complete to the best of my knowledge.

Dated this 30th day of June, 1997.

Harry J. Cartmell
Harry J. Cartmell,
Irrigation Systems Manager
Bureau of Indian Affairs
Wapato Irrigaton Project